UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MAERSK SEALAND
6000 Carnegie Blvd,
Charlotte, NC 28209

**Judgment Creditor**

EAGLE OVERSEAS SHIPPING, INC.,
a/k/a EAGLE VAN LINES
5041 Beech Place #5021
Temple Hills, MD 20748

**Judgment Debtor**

Case No. 1:05MS00303

PREACIPE

To The Clerk of the Court:

    Please strike the appearance of Cynthia A. Raposo on behalf of Plaintiff, Maersk Sealand, and enter the appearance of Thomas J. Sippel.   Ms. Raposo has left the firm of Gill & Sippel.

    Respectfully submitted,

    */s/ Thomas J. Sippel*
Thomas J. Sippel, Fed Bar #23444
Gill & Sippel
98 Church Street
Rockville, MD 20850
(301) 251-9200
(301) 762-6176 Fax