UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MAERSK SEALAND
6000 Carnegie Blvd,
Charlotte, NC 28209

**Judgment Creditor**

EAGLE OVERSEAS SHIPPING, INC.,
a/k/a EAGLE VAN LINES
5041 Beech Place #5021
Temple Hills, MD 20748

**Judgment Debtor**

Case No. 1:05MS00303

REQUEST FOR ISSUANCE OF WRIT OF GARNISHMENT

Plaintiffs and Judgment Creditor, Maersk Sealand ("Maersk"), by and through its undersigned counsel, requests issuance of a Writ of Garnishment pursuant to FRCP 69 and D.C. SCR-Civil Rule 69, and in support of its request states as follows:

1. On August 30, 2004, U.S. District Court for the District of Maryland entered a money judgment in the amount of $7,852.00 against Defendant, Eagle Overseas Shipping, Inc., a/k/a Eagle Van Lines.

2. On July 29, 2005, a Certified Judgment for Registration in Another Jurisdiction was filed in this Court and a Miscellaneous Action was opened.

3. To date and despite demand, Defendant has failed to satisfy that judgment.

4. The name and last known address of Defendant is as follows:

   EAGLE OVERSEAS SHIPPING, INC.,
   a/k/a EAGLE VAN LINES
   5041 Beech Place #5021
   Temple Hills, MD 20748

5. The name and address of the Garnishee is as follows:

   Citibank
   1000 Connecticut Avenue, NW

      Washington, DC 20036

    6.   Please issue a Writ of Garnishment to the above listed bank for any and all money or credits owed to, being held for, or becoming due to, the Defendant, Eagle Overseas Shipping, Inc., a/k/a Eagle Van Lines.

    7.   Please return the Writ of Garnishment to the undersigned for service by private process.

                                                 Respectfully submitted,

                                                */s/ Thomas J. Sippel*  
                                      Thomas J. Sippel, Fed Bar #23444  
                                      Gill & Sippel  
                                      98 Church Street  
                                      Rockville, MD 20850  
                                      (301) 251-9200  
                                      (301) 762-6276 Fax